USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN STURTZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>- against -<br><br>BUGABOO NORTH AMERICA, INC.,<br><br>          Defendant. | 25-cv-5688 (VM)<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

    The Court is in receipt of Defendant's letter dated October 29, 2025, concerning Defendant's contemplated motion to dismiss. Plaintiff is hereby ordered to respond to Defendant's letter within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:   30 October 2025
           New York, New York

                                                                   Victor Marrero
                                                                     U.S.D.J.