USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/6/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RYAN STURTZ, individually and on behalf
of all others similarly situated,

                    Plaintiff,

        - against -

BUGABOO NORTH AMERICA, INC.,

                    Defendant.

---

**25-CV-5688 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Plaintiff's letter dated November 5, 2025. Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to submit a proposed briefing schedule on Defendant's proposed motion to dismiss within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:    6 November 2025
           New York, New York

                              _____
                                 Victor Marrero
                                 U.S.D.J.